1  ALEXANDER B. TRUEBLOOD (Cal. Bar No. 150897)
   TRUEBLOOD LAW FIRM
2  10940 Wilshire Boulevard, Suite 1600
   Los Angeles, California 90024
3  Telephone:  (800) 616-9325
   Facsimile:  (800) 616-9325
4  Email: alec@hush.com

5  RONALD WILCOX (Cal. Bar No. 176601)
   WILCOX LAW FIRM, P.C.
6  2021 The Alameda, Suite 200
   San Jose, CA 95126
7  Tel: (408) 314-6210
   Fax: (408) 296-0486
8  Email: ronaldwilcox@gmail.com
   Attorneys for Plaintiff
9  SHEILA SENGSTOCK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SHEILA SENGSTOCK, | Case No:  8:23-cv-00550-DPC-DFM |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER REGARDING ARBITRATION BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC, | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER REGARDING
ARBITRATION BETWEEN PLAINTIFF AND DEFENDANT
EXPERIAN INFORMATION SOLUTIONS, INC.

1. The parties, to this stipulation, hereby stipulate that they will arbitrate their dispute with JAMS, with Hon. Rosalyn Chapman (ret.) serving as the arbiter.

2. The JAMS Comprehensive Arbitration Rules and Procedures and Consumer Arbitration Minimum Standards shall apply.

3. Pursuant to 9 U.S.C. § 3, this proceeding shall be stayed, as to Experian Information Solutions, Inc., pending the outcome of the arbitration proceeding. The court will retain jurisdiction to enforce this agreement, and confirm, modify or vacate any arbitration award (pursuant to the Federal Arbitration Act, 9 U.S.C. Sec. 1, et seq.).

Dated: 9/13/23

/s/Ronald Wilcox
Ronald Wilcox, Counsel for Plaintiff,
Sheila Sengstock

/s/John Vogt
John Vogt, Counsel for Defendant,
Experian Information Solutions, Inc.

**Filer's Attestation**

I, Ronald Wilcox, am the ECF user whose identification and password are being used to file this *Stipulation And [Proposed] Order Regarding Arbitration Between Plaintiff And Defendant Experian Information Solutions, Inc.*.  In compliance with Civil Local Rules 5-4.3.4(a)(2) and 5-4.4, I hereby attest that John Vogt, Counsel for Defendant Experian Information Solutions, Inc. concurs in this filing.

---

1

STIPULATION AND [PROPOSED] ORDER REGARDING
ARBITRATION BETWEEN PLAINTIFF AND DEFENDANT
EXPERIAN INFORMATION SOLUTIONS, INC.